# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# No. 3:14-CR-208

**UNITED STATES OF AMERICA**

vs.

**PAUL BURKS**

## NOTICE OF APPEARANCE

Undersigned counsel respectfully notices his appearance on behalf of Paul Burks in the above-captioned matter.

Respectfully submitted this the _____ day of November, 2014.

/s/ Noell P. Tin
N.C. Bar No. 20603

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
T: 704-338-1220
F: 704-338-1321
E: ntin@tinfulton.com

*Counsel for Paul Burks*

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that s/he has served the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for defendants:

      Jenny Grus Sugar
      jenny.sugar@usdoj.gov

      Corey Ellis
      corey.ellis@usdoj.gov


This the \_\_\_\_\_ day of November, 2014.


                                        /s/ Noell P. Tin
                                        Noell P. Tin